No. 98, Misc.  BARTLETT *v*. WEIMER ET AL.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se*.  *William Saxbe*, Attorney General of Ohio, and *James F. De Leone* and *Thomas L. Startzman*, Assistant Attorneys General, for Patterson et al., *Ross W. Shumaker* for Weimer et al., and Obenour, *pro se*, respondents.

No. 100, Misc.  BROADUS *v*. LOWRY.  C. A. 6th Cir. Certiorari denied.  Petitioner *pro se*.  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 107, Misc.  WILLIAMS *v*. GEORGIA.  Supreme Court of Georgia.  Certiorari denied.

No. 111, Misc.  DOMINGUEZ *v*. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Eugene Stanley* for petitioner.  *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 115, Misc.  CURLEY *v*. NEW YORK.  Supreme Court of New York, Wyoming County.  Certiorari denied.

No. 118, Misc.  WATKINS *v*. MURPHY, WARDEN. Court of Appeals of New York.  Certiorari denied.

No. 120, Misc.  BLOCH *v*. FOXGAL, INC., ET AL.  Supreme Court of Arizona.  Certiorari denied.  Petitioner *pro se*.  *John P. Frank* for Foxgal, Inc., respondent.

No. 134, Misc.  PONCE *v*. HEINZE, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.